UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA : 26-CR-00408-JSR-4

-against- : ORDER

Kenny Guerrero

Defendant

-------------------------------------X

Jed S. Rakoff, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of drug testing and treatment as directed by Pretrial Services and not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

Dated: New York, New York

September 23, 2026

SO ORDERED:

Jed S. Rakoff

United States District Judge